UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-81508-MIDDLEBROOKS/BRANNON

THERESA WINKEL,

    Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC.
d/b/a Kia Motors Finance,

    Defendant.
_____/

## ORDER ON JOINT MOTION TO STAY AND COMPEL ARBITRATION

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Stay Case and Compel Arbitration, filed on February 4, 2020. (DE 16). In this lawsuit, Plaintiff brings claims against Defendant under the Telephone Consumer Protection Act and Florida Consumer Collection Practices Act. (DE 1). The Parties' retail sales agreement contains a clause enabling either Party to request that disputes arising from the agreement be submitted to binding arbitration. (DE 16-2). The Parties now jointly move for an order compelling arbitration and staying this case pending the outcome of the arbitration.

In light of the Parties' agreement, it is hereby **ORDERED and ADJUDGED** that:

(1) The Parties Motion to Stay and Compel Arbitration (DE 16) is **GRANTED**.

(2) The Parties are **COMPELLED** to arbitrate. Meanwhile, this case is **STAYED**.

(3) The Clerk of the Court shall **ADMINISTRATIVELY CLOSE THIS CASE**.

(4) The Parties shall notify the Court of the status of this litigation within fifteen days of the conclusion of the arbitration.

**SIGNED** in Chambers at West Palm Beach, Florida, this _4_ day of February, 2020.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE