UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| THERESA WINKEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 9:19-cv-81508-DMM |
| ) | |
| HYUNDAI CAPITAL AMERICA, INC., ) | |
| *doing business as* Kia Motors Finance, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

Plaintiff, THERESA WINKEL, and Defendant, HYUNDAI CAPITAL AMERICA, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

June 29, 2020

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Ste 175
Norcross GA 30093
Ph: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

By: /s/ Brandon T. White, Esq.
Brandon T. White, Esq.
Reed Smith LLP
1001 Brickell Bay Dr. Suite 900
Miami, FL 33131
Tel: 786-747-0222
Fax: 786-747-0299
Email: bwhite@reedsmith.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on June 29, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
     Shireen Hormozdi