**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 19-cv-81508-MIDDLEBROOKS/BRANNON

THERESA WINKEL,

    Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC.
d/b/a Kia Motors Finance,

    Defendant.
_____/

**ORDER DISMISSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, filed on June 29, 2020. (DE 18). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. The Clerk of Court shall **LIFT THE STAY.**

2. This action is **DISMISSED WITH PREJUDICE.**

3. This case **remains CLOSED.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 30th day of June, 2020.

                                                      DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT JUDGE